**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-0211** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **ROBERT L. NELSON**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 30th day of November, 2010, upon consideration of defendant's *pro se* motion for recusal of District Court Judge Christopher C. Conner (Doc. 175) filed November 29, 2010, wherein defendant alleges that "the Court has exhibited bias and prejudice," and the court concluding that defendant's allegations are entirely without merit, it is hereby ORDERED that the motion (Doc. 175) for recusal is DENIED.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge