# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-0211** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ROBERT L. NELSON,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 1st day of December, 2010, upon consideration of defendant's second *pro se* motion for recusal of District Court Judge Christopher C. Conner (Doc. 182) filed November 30, 2010, wherein the defendant alleges that "the Court has exhibited bias and prejudice," the court noting that this motion is identical to the prior motion for recusal (see Doc. 175), and it appearing that the crux of defendant's motion takes issue not with any personal bias or prejudice of the court but rather with the substance of the court's orders, particularly with respect to the appointment of counsel, and the court noting that defendant has rejected three different attorneys appointed as counsel to represent him in this matter, the court concluding that defendant's allegations of bias and prejudice are entirely without merit, it is hereby ORDERED that the motion (Doc. 182) for recusal is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge