# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:09-CR-0211** |
| : | |
| v. : | **(Judge Conner)** |
| : | |
| **ROBERT L. NELSON,** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 30th day of November, 2010, upon consideration of defendant's *pro se* motion for continuance of trial (Doc. 176) filed November 29, 2010, and it appearing that defendant filed an identical motion for continuance on November 18, 2010, which this court denied (see Doc. 173) on the basis that trial in the above-captioned matter has been continued thirteen times (see Docs. 23, 26, 53, 61, 82, 89, 93, 102, 111, 117, 136, 152, 165), and that defendant has been granted adequate time to prepare for trial, the court concluding that there has been no change in circumstances to warrant a continuance, it is hereby ORDERED that the motion (Doc. 176) for continuance of trial is DENIED.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge