# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-0211** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ROBERT NELSON** | : | |

## ORDER

AND NOW, this 3rd day of December, 2010, upon consideration of the defendant's motion (Doc. 185) to suppress evidence derived from purported violations of defendant's Fourth and Fourteenth Amendment rights, wherein the defendant appears to allege that the federal government played a role in defendant's removal from a Pennsylvania county work release program through the filing of a false misconduct charge, and alleging that the federal government violated defendant's due process rights under the Fifth Amendment with respect to said misconduct charge,[1] the court noting that said work release was controlled by state and county actors, that beyond defendant's bald assertions that the federal government played a role in bringing the misconduct charges, defendant fails to allege what, if any, evidence *related to the above-captioned matter* was obtained in violation of defendant's rights, and the court finding that defendant's allegations

---

[1] Defendant's motion is incoherent at best, jumping from what appears to be a Fourth Amendment argument, to an argument about an attorney's obligations to his client, to a Fifth Amendment Due Process argument. The motion is also interspersed with pages from a hand-written motion for expansion of discovery. (See Doc. 185 at 2, 4, 6, 8). The hand-written motion is identical to a motion filed by defendant on November 30, 2010. (See Doc. 179).

are both irrelevant to the instant matter and baseless, it is hereby ORDERED that defendant's motion (Doc. 185) to suppress evidence is DENIED.

                                           <u>S/ Christopher C. Conner</u>
                                           CHRISTOPHER C. CONNER
                                           United States District Judge