**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:09-CR-0211** |
| : | |
| v. : | **(Judge Conner)** |
| : | |
| **ROBERT L. NELSON,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 3rd day of December, 2010, upon consideration of defendant's motion (Doc. 186) to suppress evidence obtained in violation of defendant's Fifth and Sixth Amendment rights, wherein defendant alleges that the government engaged in prosecutorial misconduct by purportedly employing defendant's first appointed counsel to obtain incriminating evidence against defendant, and that "[t]he taint of the Gov. transgressions spreads to all the evidence obtained against the defendant," (see Doc. 186 at 3), and the court finding that defendant's broad assertions are unsupported by any document or evidence in the record or provided by defendant, and that the defendant fails to specifically identify any evidence or statements obtained in violation of defendant's Fifth and Sixth Amendment rights, the court further finding that it has afforded defendant his right to counsel pursuant to the Sixth Amendment, see Johnson v. Zerbst, 304 U.S. 458 (1938), through the appointment of three different attorneys to represent defendant in the instant matter (see Docs. 14, 55, 76), the court concluding that

defendant's broad and unsupported assertions are entirely without merit, it is hereby ORDERED that the motion (Doc. 186) to suppress evidence is DENIED.

                                                    S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge