# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:09-CR-0211 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ROBERT L. NELSON,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 14th day of March, 2011, upon consideration of defendant's entry of a plea of guilty in the above-captioned matter (see Docs. 195, 196), and the court noting that per defendant's request, defendant's third court-appointed counsel was terminated at the hearing held on February 10, 2011, it is hereby ORDERED that:

1. Laurence C. Kress, Esquire, P.O. Box 247, Duncannon, PA 17020, telephone number (717) 834-4137, is appointed to represent defendant in the above-captioned case **for sentencing purposes only**.

2. The Clerk of Court is directed to forward all necessary materials to Laurence C. Kress, Esquire, as soon as possible.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge