# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-0211** |
| v. | : | **(Judge Conner)** |
| **ROBERT NELSON**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of July, 2013, upon consideration of Robert Nelson's ("Nelson") motion (Doc. 304) for reconsideration of the court's denial (Doc. 292) of Nelson's third *pro se* motion (Doc. 287) for recusal of District Court Judge Christopher C. Conner, and upon further consideration of Nelson's fourth *pro se* motion (Doc. 305) for recusal, both filed on July 23, 2013, and the court concluding that Nelson's allegations continue to be conclusory, unsupported, and entirely without merit, it is hereby ORDERED that:

1. The motions (Docs. 304, 305) are DENIED.

2. The Clerk of the Court is directed not to accept any further motions for recusal pending the disposition of Nelson's motion (Doc. 288) to vacate.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge