IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:09-CR-0211 |
|---|---|---|
| v. | : | (Chief Judge Conner) |
| ROBERT NELSON, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 12th day of December, 2013, upon consideration of the motion (Doc. 288) to vacate, set aside, or correct sentence and the motion (Doc. 289) to proceed *in forma pauperis* filed by defendant Robert L. Nelson, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion to vacate, set aside, or correct sentence (Doc. 288) is DENIED.

2. There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c)(1).

3. Defendant's motion (Doc. 289) to proceed *in forma pauperis* is DENIED as MOOT.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania